UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>  vs. )<br>  )<br>  )<br>FRANCISCO JAVIER MARTINEZ, )<br>  )<br>  Defendant. ) | IP-05-CR-008-04-B/F<br>No. 1:06-CV-1589-SEB-JMS |

# J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the defendant's motion for relief pursuant to 28 U.S.C. § 2255 is denied, and that the civil action docketed as No. 1:06-cv-1589-SEB-JMS is **dismissed with prejudice.**


Date: 02/14/2007

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Fransisco Javier Martinez
Reg. No. 07781-028
Cornell Corrections
2001 Rickabaugh Dr.
Big Spring, TX   79720

Gerald A. Coraz
UNITED STATES ATTORNEY'S OFFICE
gerald.coraz@usdoj.gov